IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JESSIE DUANE QUEEN,

     Petitioner,

v.

STATE OF FLORIDA,

     Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-1551

Opinion filed May 3, 2017.

Petition for Alleging Ineffective Assistance of Appellate Counsel -- Original
Jurisdiction.

Jessie Duane Queen, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition alleging ineffective assistance of appellate counsel is denied on the

merits.

WETHERELL, OSTERHAUS, and M.K. THOMAS, JJ., CONCUR.